UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG VIRGINIA

IN RE:   **SHELDON LYDELL PAGE, SR.**         **CHAPTER 13**
         **CAROL HOWARD PAGE**                **CASE NO. 11-61176**

**NOTICE AND OPPORTUNITY FOR HEARING
REGARDING DEBTORS' PROPOSED ADEQUATE PROTECTION PAYMENTS
PURSUANT TO WESTERN DISTRICT BANKRUPTCY STANDING ORDER #9**

The Debtor(s), by Counsel, state as follows:

1. On **5/6/2011**, the Debtor(s) filed in this Court a Petition under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor(s)' proposed Chapter 13 Plan dated **4/29/2011,** proposes that the Chapter 13 Trustee make monthly adequate protection payments in the following amounts beginning in the first month of the proposed plan.

| **Creditor** | **Monthly Payment Amount** |
| --- | --- |
| **Fast Auto Loans, Inc.** | **$20.67** |
| **Schewel Furniture** | **$50.95** |
| **Westlake Financial** | **$93.00** |
|  |  |

3. The proposed adequate protection payment(s) are less than the regular contractual payment(s) due to the secured creditor(s) noted above.

4. Pursuant to STANDING ORDER #9 entered 12/15/06 by the Chief Judge of the Bankruptcy Court for the Western District of Virginia, the secured creditor(s) named above have 14 days from the date of the service of this notice, as noted in the certificate of service herein, to file an objection to said notice with the *United States Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia 24505* and serve a copy of the same upon the Counsel for the Debtor(s) at the address given below

COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
434-845-0727 fax

**WHEREFORE,** your Debtor(s) notice the creditor that unless the creditor objects, and sets that objection for hearing, to the Proposed Adequate Protection Payment within 14 days of date of service of this Notice, the creditor is deemed pursuant to Local Standing Order No. 9 to have stipulated its agreement to the payments provided in this notice and the Trustee is authorized to begin disbursements once a claim has been filed.

                Respectfully Submitted

                By: /s/Heidi Shafer
                Counsel for Debtor(s)

### CERTIFICATE OF SERVICE

I hereby, certify that I have this date mailed a true copy of the foregoing pleading to all affected creditors in compliance with Bankruptcy Rule 7004(b), (c), or (h), as applicable, including:

Fast Auto Loans, Inc.
Reg. Agent Ct Corporation System
4701 Cox Road Suite 301
Glen Allen, VA 23060-0000

Schewel Furniture Co., Inc.
Reg. Agent Donna S. Clark
1031 Main Street
PO Box 6120
Lynchburg, VA 24505

Westlake Financial
4751 Wilshire Blvd
Los Angeles, CA 90010

DATED: 05/09/2011        /s/Heidi Shafer
                                      Counsel for Debtor(s)

COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
434-845-0727 fax