**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

**In Re:**                                                                                               **CASE NO. 11-61176**

**SHELDON LYDELL PAGE, SR.**                                                      **CHAPTER 13**
**CAROL HOWARD PAGE**

**Debtors**

### TRUSTEE'S CERTIFICATION THAT CASE SHOULD BE DISMISSED

Comes now Herbert L. Beskin, Chapter 13 Trustee herein, and reports that this case should be dismissed for the following reasons and requests that this case be dismissed without further notice or opportunity for hearing.

**The debtors have failed to pay plan payments to the Chapter 13 Trustee within the time directed by Order of this Court, entered on 01/31/2013. The estimated amount of default is $954.00 as of 5/15/2013.**

WHEREFORE, your Trustee requests that this case be dismissed without prejudice or that such other and further relief be granted.

Dated: <u>May 15, 2013</u>                                                                  Respectfully submitted,
                                                                                                          Chapter 13 Trustee

/s/ Herbert L. Beskin

Herbert L. Beskin, Trustee
Office of the Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA   22902

### ORDER

The Trustee having filed the foregoing certification, the Debtors shall have twenty-one (21) days from the date of this Order to file with the Office of the Clerk of the Court a written response and request for hearing with a copy to the Trustee; otherwise the case shall be dismissed without further notice or hearing. It is further Ordered that the Trustee shall mail or electronically transmit a copy of this Order to the Debtors and Counsel for the Debtors within seven (7) days of the date of this Order.

Date:    May 15, 2013

_____
                                                                                           U.S. Bankruptcy Judge

**CERTIFICATION OF SERVICE**

I certify that I served a copy of the foregoing on the _____ day of _____, 2013 upon the Debtors and Counsel for the Debtors at the addresses listed on the mailing matrix in this case.

SHELDON LYDELL, SR. PAGE
CAROL HOWARD PAGE
1178 CLAY POOL ROAD
ROSELAND, VA   22967

COX LAW GROUP, PLLC
900 LAKESIDE DRIVE
LYNCHBURG, VA   24501

_____
Herbert L. Beskin, Trustee